GARY M. RESTAINO
United States Attorney
District of Arizona
JOSEPH F. BOZDECH
California State Bar Number 303453
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7751
Joseph.Bozdech@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>$60,000.00 in United States Currency,<br><br>　　　　　　Defendant *In Rem*. | **VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** |

Plaintiff United States of America brings this Complaint and alleges as follows in accordance with Rule G(2) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"):

## NATURE OF THE ACTION

1. This is a civil action *in rem*, brought to enforce the provision of 21 U.S.C. § 881(a)(6) for the forfeiture of the defendant property which represents proceeds of trafficking in controlled substances or was used or intended to be used in exchange for controlled substances or was used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, *et seq*.

2. This is a civil action *in rem*, brought to enforce the provision of 18 U.S.C. § 981(a)(1)(C) for the forfeiture of the defendant property which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1952, use of the mail in interstate commerce with the intent to distribute the proceeds of unlawful activity.

3. Venue and jurisdiction lie in Arizona based upon 21 U.S.C. § 881(j) and 28 U.S.C. § 1355(b) and § 1395, based upon acts and omissions occurring in the District of

Arizona giving rise to this forfeiture action. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345; 1355; and 18 U.S.C. § 981(h), because the defendant *in rem* was found in this district.

## THE DEFENDANT IN REM

4. The defendant is described as $60,000.00 in United States currency, (the "defendant property") seized pursuant to a Federal search warrant (24-3090MB) executed on March 1, 2024, by Postal Inspectors of the United States Postal Inspection Service ("USPIS"). The defendant property is in the custody of the USPIS.

## BACKGROUND

5. Based on training and experience regarding Express Mail, also referred to as Priority Mail Express ("PME") operations, Postal Inspectors are aware that the Express Mail service was designed primarily to fit the needs of businesses by providing overnight delivery for time-sensitive materials, and that business mailings often (a) contain typewritten labels; (b) are addressed to and/or from a business; (c) are contained within flat cardboard mailers; and (d) weigh less than eight ounces. In addition, corporate charge accounts were developed by the United States Postal Service ("USPS") to avoid time-consuming cash payments by businesses for business mailings.

6. Postal Inspectors are also aware that the Priority Mail service was created as a less expensive alternative to Express Mail overnight delivery, but designed to provide quicker, more reliable service than standard First-Class Mail. A customer mailing an article via Express Mail will expect next-day service. A customer mailing an article via Priority Mail should expect a two to three-day delivery service. The USPS provides a tracking service though a USPS tracking number which allows the customer to track the parcel and confirm delivery. Priority Mail business mailings are similar to Express Mail business mailings in that Priority Mail articles tend to weigh less than two pounds.

7. Based on their training and collective experiences, Postal Inspectors who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances know that the State of Arizona is a source location

2

for controlled substances based on its proximity to the United States-Mexico border. As such, controlled substances are frequently transported from Arizona via USPS, and proceeds or payment from the sale of controlled substances, in the form of United States currency, are frequently returned to Arizona via USPS.

8. Narcotic traffickers know that the United States Mail, including Priority Mail and PM, is considered First Class Mail and is protected against inspection without a federal search warrant.

9. Additionally, traffickers know that by using PME they can track their parcels, control dispatch times and locations, and most importantly, have a guarantee of delivery in one or two business days. Traffickers also know that with PME service any delay in delivery could be an indication that the mailing may have been compromised by law enforcement.

10. Postal Inspectors find that narcotics traffickers often hand write the labels attached to the mail piece instead of using a pre-printed label, as is customary with most legitimate businesses utilizing the PME service.

11. In cases involving the sale of narcotics, Postal Inspectors have noted a trend where traffickers use legitimate addresses and names of individuals without criminal histories to receive parcels containing proceeds of the sale of controlled substances for a fee or as a favor on behalf of the intended recipient.

**Priority Mail Express Parcel EI 928 954 917 US Identified**

12. On February 29, 2024, Postal Inspectors with the Phoenix Division of the USPIS and USPIS Taskforce Officers conducted routine screenings of suspicious PME parcels at the Phoenix Processing and Distribution Center.

13. Identified by Postal Inspectors as bearing certain characteristics associated with drugs and/or drug proceeds mailings, PME parcel EI 928 954 917 US (the "Subject Parcel") was removed from the mail stream. Postal Inspectors recognize the following characteristics as associated with drugs and/or drug proceeds mailings:

    a. The parcel contained a label with handwritten address information

3

and was addressed from one individual to another individual;

    b. The handwritten label on the parcel did not contain a business account number indicating that the sender likely paid cash;

    c. The parcel was heavier than the typical mailing, weighing more than eight ounces for Express Mail, and two pounds for Priority Mail; and

    d. The parcel either: (1) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (2) originated from an area known to be a frequent point of origination for proceeds from the sale of controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances.

14. The Subject Parcel was postmarked on February 27, 2024, addressed to "Randall Zueger, 1138 E Irma LN, Phoenix, AZ 85024," and bore return address "Nathaniel Washington, 12106 98th Ave E, Puyallup, WA 98373."

15. The Subject Parcel was described in the search warrant application as a white box measuring 11.25" x 8.75" x 6", weighed approximately 5 lbs., 7.5 oz., and had postage in the amount of $88.95 affixed to it.

16. A Priority Mail Express label was attached to the Subject Parcel. A "Sender has waived signature requirement" sticker was also affixed to the Subject Parcel. This waiver permitted the parcel to be delivered without the addressee or the addressee's agent having to sign for the parcel, contingent upon the parcel being left in a secure location at the address. This can allow delivery to be tracked without affirmative acceptance by an individual who may currently be under investigation by law enforcement.

17. The ZIP Code 98371 of the mailing was different from the ZIP Code 98373 listed on the return address portion of the express mail label. Postal Investigators are aware that narcotics traffickers often mail parcels from a variety of post offices to avoid detection.

**Consolidated Lead Evaluation and Reporting Research**

18. USPIS conducted a query of the names and addresses listed on the Subject Parcel utilizing the Consolidated Lead Evaluation and Reporting ("CLEAR") law enforcement database. The CLEAR database is created from credit reports, law enforcement reports, utility records, and other public records, and associates addresses and telephone numbers to individuals and business entities.

19. Through CLEAR research, Postal Investigators learned that the delivery address 1138 E Irma Lane, Phoenix, Arizona, was a valid delivery address and that the listed recipient, Randall Zueger ("Zueger"), was associated with that address. Address verification with the Post Office indicated Zueger is known to receive mail at the address.

20. Postal Investigators' CLEAR research on the return address, 12106 98th Avenue E. Puyallup, Washington, indicated it was a good delivery address. The sender, Nathaniel Washington ("Washington"), was previously associated with the return address and currently associated with the address 401 3rd Avenue SE, Pacific, Washington. Address verification with the Post Office indicated Nathaniel Washington is known to receive mail at the return address on the Subject Parcel.

21. Law enforcement databases indicate that Zueger has a prior narcotics-related conviction in the State of Washington in 2009, and a prior arrest in Phoenix, Arizona in 2019 relating to drug violations which ultimately led to Zueger's conviction for conducting an illegal enterprise.

**Examination of the Subject Parcel by a Certified Narcotics Detection Canine**

22. On February 29, 2024, Mesa Police Department Canine Handler/Detective D. Haynes and narcotics detection canine "Nicole" examined the Subject Parcel. Detective Haynes stated "Nicole" exhibited a change in behavior consistent with the detection of controlled substances and/or their odors on or within the subject parcel.

23. "Nicole" is a six-year-old Belgian Malinois who has worked in drugs and narcotics detection for the Mesa Police Department since February 2020. Nicole

and Detective Haynes currently hold a national certification in drugs and narcotics detection by the National Police Canine Association (NPCA). This certification is renewed yearly certification. Nicole and Detective Haynes were most recently certified in March of 2024. Detective Haynes's certifications also include the completion of a canine certification course presented by Alpha Canine Training facility. Nicole is trained to detect the odors of cocaine, marijuana, heroin, methamphetamine, and their derivatives. Since Nicole began working with the Mesa Police Department, Nicole has had over 300 successful finds, including both training finds and finds that have contributed to active investigations of controlled substances or proceeds from the sales of controlled substances.

24.     Detective Haynes explained that when Nicole lays down next to an item, Nicole is exhibiting a "passive" alert. Detective Haynes stated the "passive" alert given by "Nicole" indicates the presence of the odors consistent with heroin, cocaine, marijuana, and/or methamphetamine.

**Execution of Search Warrant and Seizure of the Defendant Property**

25.     On March 1, 2024, Postal Inspectors obtained and executed federal search warrant 24-3090MB on the Subject Parcel. Execution of the search warrant revealed ripped up magazine pages, and a black "Glow Gear" box sealed with clear tape. The interior of the Glow Gear box was found to contain ripped up magazine pages and two bundles wrapped in grey duct tape. Concealed inside the duct tape bundles were two vacuum sealed plastic bags containing rubber banded bundles of United States currency totaling $60,000.





7





8



26. Postal Investigators found no notes, receipts, or instructions within the Subject Parcel. Postal Inspectors know from training and experience, that individuals who traffic in controlled substances rarely include any type of instruction with the proceeds. Legitimate business correspondence including cash, monetary instruments, or personal gifts, typically contain notes, letters, receipts, cards, or coupons.

27. Postal Inspectors know from training and experience, that narcotics traffickers often conceal proceeds from the sale of narcotics within plastic to avoid the detection of narcotics odors by a trained narcotics canine. Individuals who regularly handle controlled substances often leave the scent of controlled substances on the box and other packaging materials they handle. Narcotics traffickers often store packaging materials near controlled substances, transferring the odor to the packaging materials.

28. The currency consisted primarily of twenty-dollar bills, making up 1,500 twenty-dollar bills out of 1,800 bills found within the Subject Parcel. Narcotics traffickers are known to use low denomination currency to conduct their business. Postal Inspectors

have found in most cases, narcotics payments have been primarily in twenty-dollar denominations.

29. A large amount of money with the majority of the bills in the twenty-dollar denomination, is evidence that the money is drug-related. *United States v. $27,800 in United States Currency*, Case No. 17-CV-00533-AJB-KSC, 2017 WL 6345394, at *4 (S.D. Cal. Dec. 8, 2017); *United States v. Approximately $17,872 in United States Currency*, No. C 08-03346 WHA, 2009 WL 2990496, at *3 (N.D. Cal. Sept. 11, 2009). Bundling of a large amount of currency using rubber bands is further evidence of a connection to drug trafficking or other illegal activity *United States v. $36,000.00 in U.S. Currency*, No. CV 16-6043 PA (FFMx), 2018 WL 839865, at *6 (C.D. Cal. Feb. 8, 2018); *United States v. $105,180 in U.S. Currency*, No. CV-12-08122-PCT-DGC, 2013 WL 2153326, at *8 (D. Ariz. May 17, 2013). The currency found within the Subject Parcel is consistent with narcotics trafficking practices.

### Criminal Histories of Washington and Zueger

30. Postal Inspectors conducted a criminal history inquiry on Washington which revealed the following arrests in the state of Washington and California:

**October 2020** – Attempt to elude – Guilty; Financial Fraud and resisting arrest;

**September 2020** – Assault, Domestic Violence (Dismissed);

**August 2017** – Attempt to elude – Guilty; Driving under the influence (Dismissed);

**January 2016** – Attempt to elude (disposition unknown); Vehicular assault (disposition unknown); Reckless driving – Guilty;

**October 2014 (CA)** – rec/ect/conceal etc gains: c/sub (dismissed);

**September 2014** – Reckless driving (guilty);

**December 2011** – False reporting emergency (dismissed);

**October 2011** - Control substance manufacture/deliver/possess with intent delivery oxycodone (no charge filed);

10

marijuana possession of 40 grams or less firearm used (no charge filed), controlled substance possession oxycodone with intent to deliver oxycodone (no charge filed);

controlled substance delivery oxycodone (no charge filed), and controlled substance violation – Guilty;

**October 2010** – Driving under the influence (disposition unknown) and negligent driving – Guilty;

**March 2008** – Possession stolen firearm (no charge filed); and

**November 2006** – Rape – Not guilty.

30. Postal Inspectors conducted a criminal history inquiry on Zueger which revealed the following arrests in the states of Arizona and Washington:

**May 2019 (AZ)** – possess/use of weapon in drug offense (Court dismissal);

sell weapon to prohibited person (disposition unknown);

marijuana produce (Court dismissal);

marijuana-possess for sale (Court dismissal);

marijuana-transport and/or sell (Court dismissal);

narcotic drug-possess for sale (Court dismissal);

narcotic drug-manufacture (Court dismissal);

dangerous drug-transport and/or sell (Court dismissal);

drug-manufacture/distribution (Court dismissal);

dangerous drug possession/use (Court dismissal);

conspiracy (Court dismissal);

illegal control of enterprise – Guilty;

**March 2017 (AZ)** – marijuana-possess/use (Court dismissal);

drug paraphernalia possession/use (Court dismissal);

dangerous drug-possession/use (Court dismissal);

**June 2016 (AZ)** – DUI-liquor/drugs/vapors/combo – Guilty;

DUI drugs metabolite (Court dismissal);

11

**August 2009 (WA)** – controlled substance possession no prescription oxycontin – Guilty;

**October 2008 (WA)** – manufacture/deliver schedule I/II/III controlled substance (no charge filed);

**May 2005 (WA)** – dangerous weapon violation/knife (Dismissed); and Use Silencer (Dismissed).

### Additional Investigation

31. Postal Investigators learned that Zueger had a prior narcotics-related conviction in 2009 prosecuted in the State of Washington, and an arrest in Phoenix, Arizona in 2019 relating to drug violations, as described *supra*. The 2019 Phoenix arrest led to Zueger's conviction in Arizona for conducting an illegal enterprise.

32. Postal business records identified 22 prior suspicious Priority Mail and Priority Mail Express parcels delivered to 1138 E Irma LN, Phoenix, AZ 85024. The suspicious parcels were mailed from Puyallup, Seattle, and Sumner, Washington, and were delivered between April 2023 and February 2024. Postal Investigators identified these packages as suspicious based on their origin, destination, address information, size, and weight.

### Administrative Claim and USPIS Claim Investigation

33. On June 3, 2024, USPIS received a claim to the defendant property submitted by Sumeer Singla, attorney for Nathaniel Washington.

34. Under Section III of the online Claim Form – Interest in the Property, Sumeer Singla stated:

> These funds belong to Claimant Nathaniel Washington. They are his personal property that he was using to purchase a vehicle. Attached is an email from the owner of the truck with an explanation that he was intending to sell the truck to Mr. Washington. Attached is also the title of the truck. Mr. Washington is also attaching bank statements which

12

demonstrate that he has been making regular withdrawals all through 2023 to account for the cash he was intending to use to purchase the truck. Mr. Washington did not know and understand that these sums of money cannot be mailed. Nonetheless, the funds were improperly seized.

35. The claim included an email dated June 2, 2024, sent from r.seanzueger@gmail.com to nate24cw@gmail.com, which reads:

> On February 5th 2024 I called my circle of family and friends to let them know I was selling my 2018 ford f250 due to the economic change I didn't need a 3rd trucks. Out of all of my circle of people my friend of 25 years Nathaniel Washington wanted to purchase the truck before anyone else got a chance to purchase it! he said that he could not fly down in time to pick up the truck and therefore we had agreed to have the money sent through the mail so I didn't sell the truck to anyone else! I needed the money to pay my mortgage and time was of urgency!! Nathaniel Washington put the cash in a next day delivery envelope and that brings us to where we are at today!! I have the title clean and clear ready to be signed over and the truck ready to be taken out of my business name, but I need the money first, so this has been a huge inconvenience and predicament that we are trying to get sorted out immediately!! Thank you
>
>      Randall E Sean Zueger

36. A motor vehicle title provided with the claim and issued December 14, 2023, reflects that a 2018 Ford F250, VIN: 1FT7W2BT8JEB56226 was registered to King and Company Construction LLC, 1138 E. Irma Lane, Phoenix, Arizona 85024-4118.

37. Vehicle title history records reflect that Zueger purchased the 2018 Ford F250 Super Duty pickup truck for $69,900 from Duke City Auto Sales LLC in Albuquerque, New Mexico on November 24, 2023. The vehicle was subsequently registered in the State of Arizona to King and Company Construction LLC, on December 14, 2023. No lien was found.

38. A vehicle appraisal conducted through J.D. Power on the 2018 Ford F250 Super Duty pickup listed the average trade-in value at $34,300.

39. A registered agent search conducted on Nathaniel Washington, through the Washington Corporation Commission, shows that he registered Nate's Transportation LLC, on April 11, 2016. The principal address was listed as 401 3rd Avenue SE, Pacific, Washington 98047.

40. Research conducted through the Arizona Corporation Commission on King and Company Construction LLC shows that this business was registered on March 28, 2023. The statutory agent was listed as Corporate Service Center, Inc. at 6700 E Speedway Blvd, Ste. 301, Tucson, Arizona. Zueger was listed as a manager with an address of 1138 E Irma Ln, Phoenix, Arizona.

41. On June 5, 2024, investigators requested a wage and earnings report for Zueger through the Arizona Department of Economic Security, Employer Engagement Administration – Unemployment Insurance Tax Section. Records indicate there were no reported wages. Wages earned through self-employment would not appear on a wage report in the State of Arizona.

42. On June 6, 2024, USPIS personnel mailed a letter to Mr. Washington, through his attorney, requesting additional information. The letter was sent via First Class and Certified Mail, Return Receipt requested, with a response deadline of 10 days from receipt of the mailing.

43. On June 18, 2024, law enforcement database research was conducted for vehicles registered in the State of Arizona to King and Company Construction LLC or Zueger. The research revealed the 2018 Ford F250 Super Duty pickup truck VIN:

1FT7W2BT8JEB56226 was the only vehicle registered to King and Company Construction LLC. There were three vehicles registered to Zueger: a 2015 Ford F350, a 2011 Harley Davidson motorcycle, and a 2019 Ford F350, as well as eight (8) disability placards.

44. Further law enforcement research revealed the 2019 Ford F350 was purchased by Zueger in Albuquerque, New Mexico on January 24, 2024, for $30,000 cash.

45. On June 20, 2024, investigators reviewed a report detailing bank records for Washington's Sound Credit Union Business Free Checking Account No. 329646-10 and Sound Credit Union Business Savings Account No. 329646-00.

46. Initial review of the bank statements for Washington's Sound Credit Union Business Free Checking Account No. 329646-10 revealed four debit card transactions at Post Office locations in Puyallup, Sumner and Seattle, Washington.

47. Postal business records revealed Mr. Washington's Sound Credit Union Business Visa debit card was used to pay for postage on a Priority Mail parcel and four Priority Mail Express parcels that were delivered to 1138 E. Irma Lane, Phoenix, Arizona on April 19, 2023, May 4, 2023, July 7, 2023, September 29, 2023, and February 15, 2024 (a total of 5 transactions). It is believed all 22 of the prior suspicious mailings delivered to the subject address were mailed by Washington. Although the mailings were not intercepted by Postal Inspectors, Postal Inspectors believe that they contained narcotics proceeds based on their characteristics. There does not appear to be a legitimate reason for the number and frequency of over-night Priority Mail Express packages mailed from Washington to Arizona.

48. In his claim correspondence, Washington alleged that "he has been making regular withdrawals all through 2023 to account for the cash he was intending to use to purchase the truck."

49. Postal Investigator's analysis of the bank statements for Washington's Sound Credit Union Business Free Checking Account No. 329646-10, and Sound Credit

Union Business Savings Account No. 329646-00, did not substantiate Washington's claim that the withdrawal of funds throughout 2023 were made to purchase the truck. Review of activity in Account No. 329646-10 for the period December 1, 2022 – January 31, 2024, showed ATM withdrawals accounted totaling $4,038.85, other withdrawals totaling $3,653.51, and branch/office withdrawals of $500, which totaled $8,192.36. The sources of the funds deposited into Washington's accounts are unknown.

50. Washington identified himself as the owner of the defendant property for which the intended use was the purchase of a 2018 Ford F250 Super Duty pickup truck.

51. Records revealed Zueger purchased the 2018 Ford F250 for $69,900 in November 2023, with no lien. A vehicle appraisal revealed the value was $25,700 less than $60,000. Additionally, if Zueger were to sell the vehicle for $60,000, he would be incurring a $9,900 loss within three months of purchasing it.

52. In the June 2, 2024 email attached to Washington's claim, Zueger stated that he announced his decision to sell the 2018 Ford F250 Super Duty pickup truck on February 5, 2024.

53. Law enforcement research revealed the 2018 Ford F250 Super Duty pickup truck was purchased by Zueger in late November 2023. It is implausible that withdrawals from Washington's bank account throughout 2023 were for the purchase of a vehicle that Zueger has not yet purchased, much less announced he would be selling.

54. Zueger claims "economic change" as the reason for selling his vehicle on February 5, 2024, when in fact, Zueger paid $30,000 in cash for a 2019 Ford F350 pickup truck at the end of January 2024, less than 2 weeks before he claimed to have announced the sale of the 2018 Ford F250 Super Duty pickup truck.

55. On June 6, 2024, USPIS sent correspondence to Nathaniel Washington via attorney Sumeer Singla requesting the following information in a written statement, sworn to under the penalty of perjury:

A statement describing your ownership interest in the seized property to include explanations for the following:

16

    a. Provide written documentation (bill of sale, emails, text messages, etc.) regarding the vehicle you were purchasing and the purchase price.

    Explain why cash was mailed instead of a financial instrument or wire transfer.

    b. Explain the manner in which the currency was packaged, including why the parcel did not contain any identification or documentation.

    c. Explain the reason you utilized the "Signature Waiver" service for a parcel containing $60,000.00 in cash.

    d. Explain the reason you listed a return address where you no longer reside.

    e. Provide bank statement from your Sound Credit Union business account number ending in 9646 for February 2024.

    f. Provide source documentation for all funds (cash, check and wire transfers) being deposited into your Sound Credit Union business account number ending in 9646 for December 1, 2022 through February 29, 2024.

    g. Provide filed federal tax returns; business and personal for the tax year 2023.

    h. Have you mailed any other Priority Mail and/or Priority Mail Express items to Randall Zueger? If so, what was the nature of those mailings and what did they contain?

    i. Have you ever been arrested for drug violations? If so, what was the disposition of the arrest(s).

    j. Explain why Randall Zueger did not file a claim or submit a petition for remission or mitigation of forfeiture.

56. To date, USPIS has not received a response to the June 6, 2024, request for information.

**FIRST CLAIM FOR RELIEF**

Based on the aforementioned facts and circumstances, the defendant property was furnished or intended to be furnished by a person in exchange for a controlled substance

17

or listed chemical in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, *et seq.*, or constitutes proceeds traceable to such an exchange, or was used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, *et seq.*, and therefore is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

## **SECOND CLAIM FOR RELIEF**

Based on the aforementioned facts and circumstances, the defendant property constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1952, use of the mail in interstate commerce with the intent to distribute the proceeds of unlawful activity, and therefore is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

WHEREFORE, the United States of America prays that process of warrant *in rem* issue for the arrest of the defendant; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted this 29th day of August 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/Joseph F. Bozdech*
JOSEPH F. BOZDECH
Assistant United States Attorney